IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MAHER,<br>　　　　Plaintiff | CIVIL ACTION NO.<br>1:CV-01-1112 |
| v. | Judge Kane |
| KATHERINE D. HARGLERODE,<br>　　　　Defendant | |

**O R D E R**

FILED
HARRISBURG
FEB - 5 2002
MARY E. D'ANDREA, CLERK
Per_____
　　　DEPUTY CLERK

**AND NOW** this 5th day of February, 2002, **IT IS HEREBY ORDERED THAT** plaintiff's motion to amend the case management deadlines is **GRANTED**. The case management order dated September 27, 2001 is AMENDED as follows:

| | |
|---|---|
| Close of Fact Discovery: | March 29, 2002 |
| Report of Experts: | April 12, 2002 |
| Response Reports to Experts Report: | April 26, 2002 |
| Dispositive Motions and Supporting Briefs Due: | June 14, 2002 |
| Local Rule 16.3 - Attorney Conference and Exchange of Proposed Jury Instructions: On or before: | August 2, 2002 |
| Motions In Limine Due: | August 9, 2002 |
| Pretrial Memoranda Due: | August 21, 2002 |
| Pretrial and Settlement Conference: | August 26, 2002 - 3:00 p.m. |
| Proposed Voir Dire Questions Due: | September 4, 2002 |
| Jury Selection and Trial: | September 9, 2002 - 9:30 a.m. |

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Yvette Kane
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge