**ORIGINAL**

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH MAHER | : | NO. 1:CV - 01 - 1112 |
| Plaintiff, | : | Honorable Yvette Kane |
| | : | |
| v. | : | |
| | : | |
| KATHERINE D. HARGLERODE | : | **JURY TRIAL DEMANDED** |
| Defendant. | : | |



### STIPULATION OF DISMISSAL

TO THE CLERK:

It is stipulated and agreed by the parties that the captioned matter is hereby dismissed, with prejudice. Each party shall bear its own costs.

_____        _____
EDWARD J. CARREIRO, JR.                 GIRARD RICKARDS
Attorney for Plaintiffs,                Attorney for Defendant,
Joseph Maher and Joan Maher             Katherine D. Harglerode


FOR APPROVAL:

_____
Yvette Kane, United States District Judge

Dated: _____